In the Matter of the Application of THE PEOPLE OF THE STATE OF
NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of
Insurance of the State of New York, for an Order to Take
Possession of the Property and Rehabilitate the NEW YORK
TITLE AND MORTGAGE COMPANY.

Supreme Court, New York County, March 5, 1935.

*Harry Rodwin* [*Adolph Kaufman* of counsel], for the Super-
intendent of Insurance.

*A. N. Geller,* for the promulgating certificate holders.

*Root, Clark, Buckner & Ballantine* [*Edward J. Carrington* of
counsel], for the Bank of Manhattan Company.

FRANKENTHALER, J. This is a Schackno proceeding for the
reorganization of series N-83 of guaranteed mortgage certificates
issued by the New York Title and Mortgage Company. The
certificates represent a participating interest in a single first mort-
gage on property at the southwest corner of Lexington avenue
and Thirty-second street, New York city. There are 230 certifi-
cates outstanding in the aggregate principal sum of $629,100. In
addition the title company has an interest of $4,900 in the mortgage.
The proposed plan for the appointment of a specified trustee will
be modified so as to make it identical with the plan approved by

the court in connection with series BX–19 (154 Misc. 447). The provision for the appointment of a specified trustee will be eliminated, and the certificate holders permitted to elect a trustee or express a preference, if they so desire, for the appointment of a trustee by the court. Settle order and plan on three days' notice.